IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ROLAND H. VAUGHAN,                )
                                  )
        Petitioner,               )
v.                                )        CASE NO. 2:03-cv-1111-MEF
                                  )
D. T. MARSHALL, *et al.*,         )                (WO)
                                  )
        Respondents.              )

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  Petitioner's filed Objections to the Magistrate Judge Recommendation (Doc. #20) on April 24, 2006.  The court's review of Vaughan's vagueness challenge to the statute in question did not involve First Amendment freedoms and was, therefore, examined in light of the facts of the case at hand.  *See United States v. National Dairy Prods. Corp.*, 372 U.S. 29 (1963); *United States v. Mazurie*, 419 U.S. 544, 550 (1975).  Because Vaughan has made no showing that the state court decision he challenges was contrary to or involved an unreasonable application of clearly established Federal law as established by the Supreme Court or was based on an unreasonable determination of facts in light of the evidence presented in the state court proceeding, his objections are without merit and they are, therefore, OVERRULED;

(2)  The Recommendation of the United States Magistrate Judge entered on March

31, 2006 (Doc. #17) is ADOPTED;

(3)  The petition for habeas corpus relief filed by Roland Vaughan is DENIED and that this case is DISMISSED with prejudice.

DONE this 25th day of May, 2006.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE