IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROLAND H. VAUGHAN, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:03-cv-1111-MEF |
| | ) |
| D. T. MARSHALL, *et al.*, | )           (WO) |
| | ) |
| Respondents. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this 25th day of May, 2006.

                              /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE